| AO 10<br>*Rev. 1/2015* |
|---|

# FINANCIAL DISCLOSU
## FINAL FILIN

| 1. Person Reporting (last name, first, middle initial) | 2. Court or C |
|---|---|
| Alexander, Allan S. | U S Distric |

| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time) | 5a. Report T |
|---|---|
| | ☐ Nomin |
| Magistrate Judge, Full Time | ☐ Initial |

| 5b. | ☐ A |

**7. Chambers or Office Address**

911 Jackson Avenue, Room 242
Oxford, MS 38655

**IMPORTANT NOTES:** *The instructions accomp*
*checking the NONE box for each part w*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

<u>POSITION</u>

1. _____

2.

## III. NON-INVESTMENT INCOME

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment*

DATE

1.

2.

3.

4.

---

## V. GIFTS. *(Includes those to spouse and dependent chil*

☑     NONE *(No reportable gifts.)*

### SOURCE

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

5. _____   _____

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | I<br>re |
|---|---|
| | (1)<br>Amou<br>Code<br>(A-E |
| 1. First National Bank, Oxford, MS, Checking account | A |
| 2. First National Bank, Oxford, MS, First Investment Checking | A |

## VIII. ADDITIONAL INFORMATIO

## IX. CERTIFICATION.

I certify that all information given above (includin
accurate, true, and complete to the best of my knowled
provisions permitting non-disclosure.

I further certify that earned income from outside
compliance with the provisions of 5 U.S.C. app. § 501 e